Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Shirley Walker (Walker) appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and considered Walker's arguments, we conclude summary judgment was proper for the reasons stated by the district court, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review); and the remaining arguments raised on appeal provide no basis for reversal. Thus, we affirm. *See* 8th Cir. R. 47B.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

George Carlisle appeals the district court's[1] order confirming an arbitration award in his employment-discrimination action against Citimortgage, Inc., and Citigroup Technologies, Inc. After careful review, we find no basis for reversal. *See Kiernan v. Piper Jaffray Cos., Inc.,* 137 F.3d 588, 594 (8th Cir.1998) (standard for setting aside arbitration award). We therefore affirm, *see* 8th Cir. R. 47B. We deny Carlisle's motion to strike and grant his motion for permission to file his reply brief.

George W. CARLISLE, Jr., Appellant,

v.

CITIMORTGAGE, INC.; Citigroup, Technology, Inc., Appellees.

No. 09–1135.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2009.

Filed: Dec. 31, 2009.

George W. Carlisle, Jr., St. Peters, MO, for Appellant.

Ellen Elizabeth Bonacorsi, James M. Weiss, Bryan & Cave, St. Louis, MO, for Appellees.

UNITED STATES of America, Appellee,

v.

Joel AGUIRRE, Appellant.

No. 09–1582.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2009.

Filed: Dec. 31, 2009.

---

1. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota, sitting by designation, now deceased.

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.